IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNA KAY CLEMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | 3:09-cv-00356<br>Judge Nixon<br>Magistrate Judge Griffin |

## ORDER

Pending before the Court is Plaintiff Donna Kay Clemmons's Motion for Judgment upon the Administrative Record (Doc. No. 19) ("Motion"), filed along with a supportive brief (Doc. No. 20). Defendant Commissioner of Social Security filed a Response. (Doc. No. 23.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation (Doc. No. 24) ("Report") recommending that the Motion should be granted and that the case should be remanded to the Commissioner for further proceedings (*id.* at 1). The Report was filed on November 29, 2011, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 26.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** the case to the Commissioner for further proceedings outlined in the Report (*see id.* at 26). This Order terminates this Court's jurisdiction over the above-styled action, and the case is **DISMISSED**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

                                                            JOHN T. NIXON, SENIOR JUDGE
                                                            UNITED STATES DISTRICT COURT